■ In the Matter of NORAH G. STEFFENSON, Respondent, v SANDRA L. CARRARA, Appellant.—In a habeas corpus proceeding brought by a grandmother to obtain visitation with her daughter's child, the appeal (by permission) is from so much of an order of the Family Court, Westchester County, dated December 23, 1976, as awarded visitation rights to the petitioner. Order reversed insofar as appealed from, without costs or disbursements, and proceeding remanded to the Family Court for a hearing in accordance herewith. In a case such as this, the Family Court should not have made the direction which it did without a hearing to determine what would serve the best interests of the infant. Shapiro, J. P., Titone, Suozzi and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH ALCUDIA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered January 28, 1976, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. The verdict of guilty rested upon two alternative theories of robbery in the second degree, as charged to the jury by the Trial Judge. The defendant-appellant received a single sentence upon the verdict. Although the Trial Judge unfortunately asked the jury if it had found the defendant guilty on "both counts", he was clearly referring to the two theories as defined in subdivisions 1 and 2 of section 160.10 of the Penal Law. Thus, the verdict is not inconsistent with the original indictment. The remaining issues raised by defendant have been considered and found to be without merit. Gulotta, P. J., Latham, Damiani and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BUCKLEY, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered November 15, 1976, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed (see *People v McClain*, 32 NY2d 697; *People v Garrett*, 43 AD2d 503, affd 36 NY2d 727). Shapiro, J. P., Titone, Suozzi and O'Connor, JJ., concur.